**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID SCHWARZ,

        Plaintiff,

v.                                 Case No: 6:17-cv-1039-Orl-40DCI

THE SECURITIES AND EXHANGE
COMMISSION, et al,

        Defendants.
_____/

## ORDER

    This case is before the Court upon review of the file. The Court entered an Order to Show Cause (Doc. 12) on July 13, 2017. Plaintiff was given fourteen (14) days to comply with the Order. The Court notified Plaintiff that if he failed to comply with the Order within this time frame, the Court may dismiss the case without prejudice or impose other appropriate sanctions. Plaintiff has failed to file his Notice of Pendency and his Certificate of Interested Persons in compliance with the Order to Show Cause, and the time to do so has now passed. Therefore, it is

    **ORDERED and ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE.** It is further **ORDERED** that counsel for the defendants serve a copy of this document on the plaintiff by way of the Marshals Service. The Clerk of Court is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on August 2, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties